AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
STANLEY R. MACKINNON
*Defendant*

Case No. 10-895-MBB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of 08/07/2009 in the county of Essex in the ______ District of Massachusetts, the defendant violated Title 18 U. S. C. § 2252(a)(4)(B), an offense described as follows:

Knowingly possessing matter which contains visual depictions of minors engaging in sexually explicit conduct.

This criminal complaint is based on these facts:

See Affidavit of Postal Inspector Scott W. Kelley, attached hereto.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Postal Inspector Scott W. Kelley
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 28, 2010 @ 2:30pm.

Marianne B. Bowler
*Judge's signature*

City and state: Boston, Massachusetts

US Magistrate Judge Marianne B. Bowler
*Printed name and title*

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

**AFFIDAVIT**

I, Scott W. Kelley, being duly sworn, depose and state the following:

1. I am a Postal Inspector with the United States Postal Inspection Service (USPIS), having been appointed to this position in June 2007. I am currently assigned to the Boston Division and I am responsible for the investigation of various crimes relating to the United States Mail. Prior to my appointment as a Postal Inspector, I was a Special Agent with the Naval Criminal Investigative Service (NCIS) for approximately one year and I was responsible for investigations in the interest of the United States Navy and Marine Corp. Prior to my NCIS employment, I was a Postal Inspector with USPIS between approximately September 2003 and June 2006. I have attended training at the Federal Law Enforcement Training Center (FLETC) in Glynco, GA and have completed Basic Inspector Training (BIT) in Potomac, MD. I have received training in the investigation of crimes involving the sexual exploitation of children by attending numerous seminars and courses. I have investigated child pornography cases and related sexual offenses for approximately 5 years.

2. This affidavit is submitted in support of a criminal complaint charging STANLEY R. MACKINNON, of 75 Keeley Street, Haverhill, Massachusetts, with knowingly possessing matter which contains visual depictions of minors engaging in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

3. The information set forth in this affidavit is based on an investigation conducted by this affiant and other law enforcement agents. This affidavit does not contain every fact known to me with respect to this investigation. Rather, it contains those facts that I believe to be necessary to establish probable cause for the crime charged in the complaint.

**Relevant Statutes**

4. Title 18, United States Code, Section 2252(a)(4)(B), makes it illegal for any person to knowingly possess, or knowingly access with intent to view, one or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or

foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, if the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

5. For purposes of this affidavit, any individual below the age of 18 will be referred to as a "child" or "minor," and any visual depiction of a child or minor engaging in "sexually explicit conduct," as that term is defined in Title 18, United States Code, Section 2256(2)(A), will be referred to as "child pornography."

**Facts of the Investigation**

6. The USPIS executed an undercover operation (hereafter, the "Undercover Operation") in which it mailed flyers from a fictitious company offering catalogs of child pornography movies. If a target responded to the flyer, USPIS mailed the requested catalogs of available child pornography movies and an order form to the target.

7. On or about May 14, 2009, the Undercover Operation mailed a flyer offering catalogs of child pornography movies to Stanley MacKinnon, 75 Keeley Street, Haverhill, MA 01830. On or about May 29, 2009, via U.S. Mail, the Undercover Operation received an envelope addressed to the Undercover Operation's company. The outside of the envelope contained the name and return address of S.R. MacKinnon, 75 Keeley St., Haverhill, MA 01830. The envelope had been postmarked in Middlesex-Essex MA on May 20, 2009. The envelope contained a completed child pornography catalog request form. An individual using the name Stanley R. MacKinnon indicated that he wanted to receive two catalogs, which were described as being hardcore. The following information in quotation marks was hand-printed on the catalog request form:

NAME: "Stanley R. MacKinnon"
EMAIL ADDRESS: "None"
MAILING ADDRESS: "75 Keeley St., Haverhill, MA 01830"

The following was hand-printed on the catalog request form: "please include pricing and shipping and method of payment. Thanx".

8. On or about May 29, 2009, in response to MacKinnon's request, the Undercover Operation mailed a letter containing the

Swim Lesson: DVD-LF# 105

10. Inspector Richard Tracy placed DVDs called "Climax Boys", "Skinny Dippin'", "Hide in Seek", "Country Buddies" and "Swim Lesson" in a padded envelope and addressed the package to S.R. MacKinnon, 75 Keeley St., Haverhill, MA 01830. The package had $5.04 in postage and the return address reflected the name of the Undercover Operation's company. On or about August 6, 2009, Inspector Tracy attempted delivery of this package to 75 Keeley Street, Haverhill, MA, but it appeared that nobody was at home. Inspector Tracy left a notice at the home, which stated that the package was at the Haverhill Post Office for his pickup.

11. On August 7, 2009, Inspector Tracy witnessed STANLEY MACKINNON enter the Post Office in Haverhill, MA, and take possession of the aforementioned package. Approximately 2-3 minutes after MACKINNON took possession of the package, Inspector Tracy and detectives from the Haverhill Police Department approached MACKINNON on the sidewalk area near the Post Office. MACKINNON was placed under arrest by the Haverhill Police Department and transported to the Haverhill Police Department.

12. At the Haverhill Police Department, MACKINNON was advised of his Miranda rights, signed a Miranda Warning form, and agreed to be interviewed. Haverhill detectives and Inspector Tracy conducted the interview. MACKINNON admitted that he ordered the DVDs described in paragraph 9 above, and said that he knew these movies were "questionable" and that he

was "taking a chance".  MACKINNON said that he likes to look at
nude, teen boys touching and pleasuring themselves, and admitted
to using several different outlets to purchase magazines, still
photography, and movies.

13.  MACKINNON further admitted to taking Polaroid pictures
of several 14 to 15 year old boys, whom he identified, at his
home in the 80's.  MACKINNON stated that he was "intimate" with
the boys and occasionally, the boys were intimate with each
other.  MACKINNON said that all of his personal things were in
his room, and if the Polaroid pictures were in anything, they
were most likely in a manila envelope in a stack of books in his
room.

14.  During the interview, MACKINNON executed a form
consenting to a search of his residence at 75 Keeley Street.  In
addition, after the interview, a state search warrant was
obtained for the same location.  On the afternoon of August 7,
2009, the search warrant was executed at 75 Keeley Street and
MACKINNON was present.  MACKINNON directed the officers to his
bedroom on the second floor and pointed to a shelf near the
door.  MACKINNON stated that the Polaroid photographs that he
took of the boys were in a manila envelope that he pointed to on
the shelf.  The manila envelope was opened and approximately 36
photographs were found.  I have reviewed these photographs and
based on my training and experience, I believe that some of the
photographs constitute child pornography and specifically, they
depict nude, teenage minor boys engaging in sexual intercourse
(oral-genital) on a bed.  A copy of these images will be
provided for the Court's review with this affidavit.

15.  Some of the photographs had the name "Polaroid"
imprinted on the back.  Based on an interview with Polaroid's
former Director of Manufacturing and Chemical Operations, I
learned that many of the component parts and materials used to
assemble Polaroid film were produced or manufactured outside the
Commonwealth of Massachusetts.

16.  In MACKINNON's bedroom on a shelf, approximately
twelve (12) magazines or publications that contained child
pornography also were found.  I reviewed a publication named
"piccolo", numbered "nr9", which contains a black and white
photograph that depicts two prepubescent, partially nude minor
boys engaging in sexual intercourse (oral-genital).  A copy of
this image will be provided for the Court's review with this
affidavit.  On the front cover of this publication, the phrase
"Produced by Copenhagen" is stated and on the inside front

cover, the phrase "Printed in Denmark" is stated. I reviewed another publication also named "piccolo," which was unnumbered. The publication cover is blue, the word "piccolo" is in pink lettering, and the following phrases are in yellow lettering: "boys at 11", "boys at 12", "boys at 13", "boys at 14", "boys at 15", and "boys at 16". This publication contained a black and white photograph depicting a prepubescent, partially nude, minor boy engaging in masturbation, and a black and white photograph depicting two prepubescent, nude minor boys engaging in sexual intercourse (oral-genital). A copy of these images will be provided for the Court's review with this affidavit. On the back cover, there is text in a foreign language, which appears to be in German based upon a Google on-line translation tool, including the following:

> "*Auslieferung:*
> COQ Trading Co.
> DK-1364 Kopenhagen K
> Norre Farimagsgade 65-67
> Danemark
> Tel.: (01) 12 45 11"

Using a Google on-line translation tool, I have determined that some of the meanings for the German word "auslieferung" include "delivery" or "handing over."

## Conclusion

17. Based on the foregoing facts, there is probable cause to believe that on or about August 7, 2009, STANLEY R. MACKINNON knowingly possessed matter, which contained visual depictions of minors engaging in sexually explicit conduct in violation of Title 18, United States Code, Section 2252(a)(4)(B).

Signed under the pains and penalties of perjury.

[signature]
Scott W. Kelley
U.S. Postal Inspector

Sworn to and subscribed before me on April 28, 2010

Marianne B. Bowler, USMJ
Honorable Marianne B. Bowler
United States Magistrate Judge

I have reviewed the files referenced in paragraphs 14 and 16 above, and I find probable cause to believe they depict minors engaging in sexually explicit conduct. The United States Attorney's Office shall preserve the images provided to the Court, for the duration of the pendency of this matter, including any relevant appeal process.

Marianne B. Bowler, USMJ

Marianne B. Bowler
United States Magistrate Judge

UNITED STATES DISTRICT COURT MASSACHUSETTS

**District Court Case Number (To be filled in by deputy clerk):** ______

**Name of Defendant** Stanley R. MacKinnon

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252(a)(4)(B) | Possession of child pornography | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 11/15/05)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** Haverill, MA **Category No.** II **Investigating Agency** USPIS

**City** Haverhill **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. ________ Case No. ________
Same Defendant ________ New Defendant X
Magistrate Judge Case Number ________
Search Warrant Case Number 09-849-MBB
R 20/R 40 from District of ________

**Defendant Information:**

Defendant Name Stanley R. MacKinnon Juvenile ☐ Yes ☒ No

Alias Name ________

Address ________

Birth date (Year only): 1945 SSN (last 4 #): 6891 **Sex** M **Race:** White **Nationality** ________

**Defense Counsel if known:** ________ **Address:** ________

**Bar Number:** ________

**U.S. Attorney Information:**

**AUSA** **Michael I. Yoon; Trial Attorney Bonnie Kane** **Bar Number if applicable** ________

**Interpreter:** ☐ Yes ☒ No **List language and/or dialect:** ________

**Victims:** ☒ Yes ☐ No **If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)** ☐ Yes ☒ No

**Matter to be SEALED:** ☒ Yes ☐ No

☒ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** ________

☐ **Already in Federal Custody as** ________ **in** ________ .
☐ **Already in State Custody** ________ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** ________ **on** ________

**Charging Document:** ☒ **Complaint** ☐ **Information** ☐ **Indictment**

**Total # of Counts:** ☐ **Petty** ________ ☐ **Misdemeanor** ________ ☒ **Felony** 1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** **April 28, 2010** **Signature of AUSA:** [signature]